

# Missouri Court of Appeals
## Southern District

**AUGUST 28, 2015**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.    Case No.  SD33373

      Re:    In Re:  The Marriage of:  Steven Mark
             Chorum and Jennifer Lynne Chorum
             STEVEN MARK CHORUM,
             Petitioner-Appellant,
             v.
             JENNIFER LYNNE CHORUM,
             Respondent-Respondent.